**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

In re

**Lana Ives, Inc**

Case No. 94-22795-KRH
Chapter 7

**Debtor**

**REPORT OF DEPOSIT OF SMALL DIVIDENDS**

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. § 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Royal Crown Bottling Company<br>PO Box 11146<br>Norfolk, Virginia 23517-0146 | $175.96 |
| Fullwell Products, Inc.<br>34999 Curtis Blvd.<br>Eastlake, Ohio 44095-4016 | $43.92 |

Dated: September 28, 2010

/s/ Clara P. Swanson
Clara P. Swanson, Trustee
707 Mobjack Pl.
Newport News, VA 23606

(757) 873-8808 ext. 4

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **Report of Deposit of Small Dividends** was electronically served or mailed to the Office of the United States Trustee on **September 28, 2010**.

/s/Clara P. Swanson
Clara P. Swanson