**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

Norfolk Division

In re:   Lana Ives, Inc                                         Case No. 94-22795-KRH

        Debtor(s)                                         Chapter 7

# REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| Morrison Distribution and Marketing<br>PO Box 270656<br>Oklahoma City, OK 73137-0656 | $34.94 |

Date:  Dated: October 6, 2010                    /s/ Clara P. Swanson
                                                                            Clara P. Swanson, Trustee
                                                                            707 Mobjack Pl.
                                                                            Newport News, VA 23606

                                                                            (757) 873-8808 ext. 4

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds electronically served or mailed to the Office of the United States Trustee on October 6, 2010.

                                                                                                 /s/Clara P. Swanson
                                                                                                  Clara P. Swanson